IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>   Plaintiff,<br><br>   v.<br><br>TCP - THE CHILDREN'S PLACE, INC., et al.,<br><br>   Defendants. | Case No.  20-cv-00328-MMC<br><br>**ORDER DISMISSING ACTION** |

By order filed November 10, 2020, plaintiff was ordered to show cause, in writing and no later than November 30, 2020, why the above-titled action should not be dismissed for failure to prosecute.  Plaintiff has not filed any response to the Court's order.

Accordingly, for the reasons stated in the Court's order of November 10, 2020, the instant action is hereby DISMISSED, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 2, 2020

MAXINE M. CHESNEY
United States District Judge